**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Alexandra Herrera,

Plaintiff,

v.

City of Phoenix, et al.,

Defendants.

No. CV-25-01360-PHX-KML

**ORDER**

The parties proposed, and the court adopted, September 21, 2026, as the deadline for "commencement of lay depositions." (Docs. 55 at 9; 56 at 2.) On September 10, 2026, defendants sought an extension of that deadline to October 15. (Doc. 63.) Defendants' motion explained they had made repeated efforts to schedule plaintiff's deposition beginning in July 2026, but plaintiff's counsel either rejected the proposed dates or did not respond. (Doc. 63 at 1-2.) Based on defendants' showing of diligence leading up to the deadline, the court granted the requested extension. (Doc. 64.)

On September 18, 2026, plaintiff filed her own motion to extend the September 21 deadline, which defendants oppose. (Docs. 66, 67.) Plaintiff's motion argues an associate's recent departure from her counsel's office delayed scheduling depositions. (Doc. 66 at 2.) Unlike defendants' motion, plaintiff's motion does not identify how plaintiff has been diligent throughout the period leading up to the deadline. The fact that plaintiff sought an extension one business day before the deadline set for Monday, September 21, provides some evidence that counsel may not have paid sufficient attention to this case before filing

her motion.

The present motion provides no factual basis on which the court might conclude plaintiff has been diligent. Therefore, "the inquiry should end." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Plaintiff's request to extend the deposition deadline is denied. The other case management deadlines remain in place.

**IT IS ORDERED** the Motion for Extension of Time (Doc. 66) is **DENIED**.

Dated this 25th day of September, 2026.

Krissa M. Lanham

**Honorable Krissa M. Lanham**
**United States District Judge**